FILED
John E. Triplett, Clerk of Court
United States District Court
By jamesburrell at 1:36 pm, Apr 17, 2025

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INFORMATION NO. 4:25CR-55 |
| | ) | |
| v. | ) | 18 U.S.C. §§ 7 and 13 |
| | ) | |
| ABIGAIL H. MONTANEZ | ) | O.C.G.A. § 16-12-1(b)(3) |
| | ) | Contributing to the Delinquency |
| | ) | or Dependency of a Minor |
| | ) | |
| | ) | O.C.G.A. § 16-12-4(b) |
| | ) | Cruelty to Animals |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE
*Contributing to the Delinquency or Dependency of a Minor*
O.C.G.A. § 16-12-1(b)(3)

Beginning at a time unknown up to on or about October 17, 2023, in the Southern District of Georgia, on land within the special maritime and territorial jurisdiction of the United States and under the concurrent jurisdiction of the United States and the State of Georgia, namely Fort Stewart Military Reservation,

**ABIGAIL H. MONTANEZ,**

did unlawfully and willfully commit an act and fail to act when such act and omission would cause her minor child to be adjudicated to be a dependent child, as such term is defined in O.C.G.A. § 15-11-2, in violation of Title 18, United States Code, Sections 7 and 13, and the Official Code of Georgia Annotated, Section 16-12-1(b)(3).

## COUNT TWO
*Cruelty to Animals*
O.C.G.A. § 16-12-4(b)

Beginning at a time unknown up to on or about September 9, 2023 in the Southern District of Georgia, on land within the special maritime and territorial jurisdiction of the United States and under the concurrent jurisdiction of the United States and the State of Georgia, namely Fort Stewart Military Reservation,

**ABIGAIL H. MONTANEZ,**

did cause physical pain, suffering, and death to an animal, a dog, by an unjustifiable act and omission, and having intentionally exercised custody, control, possession, and ownership of said animal, failed to provide such animal adequate food, water, sanitary conditions, and ventilation that is consistent with what a reasonable person of ordinary knowledge would believe is the normal requirement and feeding habit for such animal's size, species, breed, age, and physical condition in violation of Title 18, United States Code, Sections 7 and 13, and the Official Code of Georgia Annotated, Section 16-12-4(b).

TARA M. LYONS
ACTING UNITED STATES ATTORNEY

*/s/ Sarah N. Brettin*

Sarah N. Brettin
Special Assistant United States Attorney
DC Bar No. 1723920